

**FILED**
**Apr 10, 2023**
**08:25 AM(CT)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**



# TENNESSEE BUREAU OF WORKERS' COMPENSATION CLAIMS
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
## AT MURFREESBORO

| | | |
|---|---|---|
| **EMMA KESEL,** | ) | **Docket No. 2022-05-0937** |
| **Employee,** | ) | |
| **v.** | ) | |
| | ) | |
| **BIG FLUFFY DOG RESCUE,** | ) | **State File No. 62442-2020** |
| **INC.,** | ) | |
| **Employer,** | ) | |
| **And** | ) | |
| **MARKEL INS. CO.,** | ) | **Judge Dale Tipps** |
| **Carrier.** | ) | |

---

## EXPEDITED HEARING ORDER DENYING BENEFITS
### (Decision on the Record)

---

The Court considered this case on April 6, 2023, for an Expedited Hearing on the record. The threshold issue is whether Ms. Kesel's claim is barred by the statute of limitations. For the reasons below, the Court holds Ms. Kesel is unlikely to prove at a hearing on the merits that she timely filed her claim. Therefore, she is not entitled to benefits at this time.

## History of Claim

Ms. Kesel filed a Petition for Benefit Determination on September 20, 2022. She alleged that she injured her left leg while walking a dog at work on August 24, 2020. She received a panel of physicians and selected Dr. David West. Although she complained of continuing symptoms of swelling and pain, he released her with no restrictions on December 14. Ms. Kesel wrote in the petition and her Rule 72 Statement that she then sought treatment from an unauthorized doctor for chronic regional pain syndrome, which she claimed resulted from her work injury.

Ms. Kesel filed a Request for Expedited Hearing seeking a hearing on the record. Specifically, she sought additional medical treatment and physical therapy.

Big Fluffy Dog presented a Rule 72 statement from Melissa Gazerro, the adjuster for this claim. She stated that the last date any benefits were paid to or on behalf of Ms. Kesel was January 27, 2021. Among its other arguments, Big Fluffy Dog contended that the statute of limitations bars Ms. Kesel's claim. It asked the Court to deny her request.

**Findings of Fact and Conclusions of Law**

To grant Ms. Kesel's request, she must show she is likely to prevail at a hearing on the merits. Tenn. Code Ann. § 50-6-239(d)(1) (2022); *McCord v. Advantage Human Resourcing*, 2015 TN Wrk. Comp. App. Bd. LEXIS 6, at *7-8, 9 (Mar. 27, 2015).

Tennessee's workers' compensation law states in relevant part that when the employer has voluntarily paid workers' compensation benefits, the case must be filed within one year after the accident resulting in injury or within one year from the date of the last authorized treatment. Tenn. Code Ann. § 50-6-203(b)(2). Further, the employer has the burden to prove the facts it asserts bar the claim, such as the expiration of the statute of limitations, and when it does so, the burden shifts to the plaintiff to demonstrate a recognized exception. *Cloyd v. Hartco Flooring Co.*, 274 S.W.3d 638, 647 (Tenn. 2008).

Ms. Kesel admitted that Dr. West discharged her from his care and that she sought treatment on her own. The last medical payment made by her employer was January 27, 2021. Ms. Kesel then did not file her Petition for Benefit Determination until September 20, 2022, approximately twenty months later. Because she did not file within one year of the last authorized treatment or demonstrate a recognized exception, the Court must hold that Ms. Kesel is not likely to prevail at a hearing on the merits.

**IT IS, THEREFORE, ORDERED** as follows:

1. Ms. Kesel's claim against Big Fluffy Dog Rescue, Inc. is denied at this time.

2. This case is set for a Scheduling Hearing on June 7, 2023, at 9:30 a.m. You must call toll-free at 855-874-0473 to participate. Failure to call might result in a determination of the issues without your further participation. All conferences are set using Central Time.

**ENTERED April 10, 2023.**

_____

**Judge Dale Tipps**
**Court of Workers' Compensation Claims**

**APPENDIX**

Exhibits:
1. Ms. Kesel's Rule 72 Declaration
2. Documents submitted to the mediator by Ms. Kesel (dated 11-8-22 on TN Comp)
3. Documents submitted to the mediator by Big Fluffy Dog Rescue (dated 11-8-22 on TN Comp)
4. Rule 72 Declaration of Melissa Gazerro

Technical record:
1. Petition for Benefit Determination
2. Dispute Certification Notice
3. Request for Expedited Hearing on the Record
4. Employer's Position Statement

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order was sent as indicated on April 10, 2023.

| Name | Certified Mail | Fax | Email | Service sent to: |
|------|----------------|-----|-------|------------------|
| Emma Kesel | X | | X | Emma Kesel<br>2411 Tinnell Court<br>Murfreesboro, TN 37129<br>Emlorekes44@gmail.com |
| Lee Anne Murray, Employer's Attorney | | | X | leeamurray@feeneymurray.com |

_____

**PENNY SHRUM, COURT CLERK**
**wc.courtclerk@tn.gov**



# NOTICE OF APPEAL

Tennessee Bureau of Workers' Compensation
www.tn.gov/workforce/injuries-at-work/
wc.courtclerk@tn.gov | 1-800-332-2667

**Docket No.:** _____

**State File No.:** _____

**Date of Injury: _____**

_____

**Employee**

v.

_____

**Employer**

Notice is given that _____

*[List name(s) of all appealing party(ies).  Use separate sheet if necessary.]*

appeals the following order(s) of the Tennessee Court of Workers' Compensation Claims to the Workers' Compensation Appeals Board (check one or more applicable boxes and include the date file-stamped on the first page of the order(s) being appealed):

☐ Expedited Hearing Order filed on _____     ☐ Motion Order filed on _____

☐ Compensation Order filed on_____     ☐ Other Order filed on_____

issued by Judge _____.

## Statement of the Issues on Appeal

Provide a short and plain statement of the issues on appeal or basis for relief on appeal:

_____

_____

_____

_____

## Parties

**Appellant(s)** (Requesting Party): _____ ☐Employer ☐Employee

Address: _____ Phone: _____

Email: _____

Attorney's Name: _____ BPR#: _____

Attorney's Email: _____ Phone: _____

Attorney's Address: _____

*\* Attach an additional sheet for each additional Appellant \**

Employee Name: _____ Docket No.: _____ Date of Inj.: _____

**Appellee(s)** (Opposing Party): _____ ☐Employer ☐Employee

Appellee's Address: _____ Phone: _____

Email: _____

Attorney's Name: _____ BPR#: _____

Attorney's Email: _____ Phone: _____

Attorney's Address: _____

*\* Attach an additional sheet for each additional Appellee \**

### CERTIFICATE OF SERVICE

I, _____, certify that I have forwarded a true and exact copy of this Notice of Appeal by First Class mail, postage prepaid, or in any manner as described in Tennessee Compilation Rules & Regulations, Chapter 0800-02-21, to all parties and/or their attorneys in this case on this the _____ day of _____, 20 _____.

_____
*[Signature of appellant or attorney for appellant]*